# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: CUZYDLO, JOHN | § Case No. 09-73022 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $126,650.00 | Assets Exempt: $725.00 |
| Total Distribution to Claimants: $3,000.34 | Claims Discharged Without Payment: $77,729.48 |
| Total Expenses of Administration: $1,000.11 | |

3) Total gross receipts of $ 4,000.45 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,000.45 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $122,777.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,000.11 | 1,000.11 | 1,000.11 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 33,450.00 | 47,279.82 | 47,279.82 | 3,000.34 |
| **TOTAL DISBURSEMENTS** | $156,227.00 | $48,279.93 | $48,279.93 | $4,000.45 |

   4) This case was originally filed under Chapter 7 on July 21, 2009.
. The case was pending for 10 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/10/2010          By: /s/JAMES E. STEVENS
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 tax refund | 1124-000 | 4,000.00 |
| Interest Income | 1270-000 | 0.45 |
| **TOTAL GROSS RECEIPTS** | | **$4,000.45** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERICA'S SERVICING CO. | 4110-000 | 117,277.00 | N/A | N/A | 0.00 |
| VITO BERTOLINO | 4210-000 | 5,500.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$122,777.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,000.11 | 1,000.11 | 1,000.11 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,000.11 | 1,000.11 | 1,000.11 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DISCOVER BANK | 7100-000 | N/A | 11,168.66 | 11,168.66 | 708.75 |
| PYOD LLC its successors and assigns as assignee of Roundup Funding, LLC | 7100-000 7100-000 | N/A N/A | 12,303.58 2,735.75 | 12,303.58 2,735.75 | 780.78 173.61 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 6,888.87 | 6,888.87 | 437.16 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 8,003.45 | 8,003.45 | 507.89 |
| Capital Recovery III LLC As Assignee of GE Capital | 7100-000 | N/A | 1,638.51 | 1,638.51 | 103.98 |
| Rockford Mercantile Agency | 7100-000 | N/A | 4,541.00 | 4,541.00 | 288.17 |
| BENEFICIAL BANK | 7100-000 | 2,300.00 | N/A | N/A | 0.00 |
| HSBC | 7100-000 | 2,300.00 | N/A | N/A | 0.00 |
| FIFTH THIRD BANK | 7100-000 | 18,600.00 | N/A | N/A | 0.00 |
| PHYSICIANS CARE | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| UNIVERSAL C ARD | 7100-000 | 10,100.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 33,450.00 | 47,279.82 | 47,279.82 | 3,000.34 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-73022  
**Case Name:** CUZYDLO, JOHN  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 07/21/09 (f)  
**§341(a) Meeting Date:** 08/27/09  

**Period Ending:** 06/10/10  
**Claims Bar Date:** 12/15/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1964 Wisteria Rd., Rockford, IL | 110,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Pension w/ Employer/Former Employer - 100% Exemp | Unknown | 0.00 | DA | 0.00 | FA |
| 3 | checking account | 750.00 | 0.00 | DA | 0.00 | FA |
| 4 | househod goods, etc. | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | books, compact discs, etc. | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | necessary wearing apparel | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | term life insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2008 tax refund | 4,000.00 | 3,275.00 | DA | 4,000.00 | FA |
| 9 | 1999 Ford F250 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1988 1 ton GMC truck | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 06 home built motorcycle  (See Footnote) | 6,500.00 | 0.00 | DA | 0.00 | FA |
| 12 | maxonry equipment | 800.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A |  | 0.45 | FA |
| 13 | Assets    Totals (Excluding unknown values) | **$126,650.00** | **$3,275.00** |  | **$4,000.45** | **$0.00** |

RE PROP# 11    The motorcycle was repossessed by the creditor.

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    August 31, 2009          **Current Projected Date Of Final Report (TFR):**    April 15, 2010  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-73022  
**Case Name:** CUZYDLO, JOHN  

**Taxpayer ID #:** **-***6231  
**Period Ending:** 06/10/10  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****94-65 - Money Market Account  
**Blanket Bond:** $166,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/10 | {8} | John F. Cuzydlo | income tax refund | 1124-000 | 4,000.00 | | 4,000.00 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 4,000.05 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 4,000.20 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 4,000.37 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.02 | | 4,000.39 |
| 04/06/10 | | Wire out to BNYM account 9200******9465 | Wire out to BNYM account 9200******9465 | 9999-000 | -4,000.39 | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00    $0.00 |
| Less: Bank Transfers | -4,000.39 | 0.00 |
| **Subtotal** | 4,000.39 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$4,000.39** | **$0.00** |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-73022  
**Case Name:** CUZYDLO, JOHN

**Taxpayer ID #:** **-***6231  
**Period Ending:** 06/10/10

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******94-65 - Money Market Account  
**Blanket Bond:** $166,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9465 | Wire in from JPMorgan Chase Bank, N.A. account ********9465 | 9999-000 | 4,000.39 | | 4,000.39 |
| 04/15/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0700% | 1270-000 | 0.06 | | 4,000.45 |
| 04/15/10 | | To Account #9200******9466 | TRANSFER TO CLOSE MONEY MARKET ACCOUNT | 9999-000 | | 4,000.45 | 0.00 |
| | | | ACCOUNT TOTALS | | 4,000.45 | 4,000.45 | $0.00 |
| | | | Less: Bank Transfers | | 4,000.39 | 4,000.45 | |
| | | | **Subtotal** | | **0.06** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.06** | **$0.00** | |

{} Asset reference(s)

Printed: 06/10/2010 09:48 AM    V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-73022 | | Trustee: | JAMES E. STEVENS (330420) |
| Case Name: | CUZYDLO, JOHN | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******94-66 - Checking Account |
| Taxpayer ID #: | **-***6231 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 06/10/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/15/10 | | From Account #9200******9465 | TRANSFER TO CLOSE MONEY MARKET ACCOUNT | 9999-000 | 4,000.45 | | 4,000.45 |
| 05/19/10 | 101 | JAMES E. STEVENS | Dividend paid 100.00% on $1,000.11, Trustee Compensation; Reference: | 2100-000 | | 1,000.11 | 3,000.34 |
| 05/19/10 | 102 | DISCOVER BANK | Dividend paid 6.34% on $11,168.66; Claim# 1; Filed: $11,168.66; Reference: | 7100-000 | | 708.75 | 2,291.59 |
| 05/19/10 | 103 | PYOD LLC its successors and assigns as assignee of | Dividend paid 6.34% on $12,303.58; Claim# 2; Filed: $12,303.58; Reference: | 7100-000 | | 780.78 | 1,510.81 |
| 05/19/10 | 104 | Roundup Funding, LLC | Dividend paid 6.34% on $2,735.75; Claim# 3; Filed: $2,735.75; Reference: | 7100-000 | | 173.61 | 1,337.20 |
| 05/19/10 | 105 | Capital Recovery III LLC As Assignee of GE Capital | Dividend paid 6.34% on $1,638.51; Claim# 6; Filed: $1,638.51; Reference: | 7100-000 | | 103.98 | 1,233.22 |
| 05/19/10 | 106 | Rockford Mercantile Agency | Dividend paid 6.34% on $4,541.00; Claim# 7; Filed: $4,541.00; Reference: | 7100-000 | | 288.17 | 945.05 |
| 05/19/10 | 107 | FIA CARD SERVICES, NA/BANK OF AMERICA | Combined Check for Claims#4,5 | | | 945.05 | 0.00 |
| | | | Dividend paid 6.34% on 437.16 $6,888.87; Claim# 4; Filed: $6,888.87 | 7100-000 | | | 0.00 |
| | | | Dividend paid 6.34% on 507.89 $8,003.45; Claim# 5; Filed: $8,003.45 | 7100-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 4,000.45 | 4,000.45 | $0.00 |
| | | | Less: Bank Transfers | | 4,000.45 | 0.00 | |
| | | | Subtotal | | 0.00 | 4,000.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $4,000.45 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****94-65 | 4,000.39 | 0.00 | 0.00 |
| MMA # 9200-******94-65 | 0.06 | 0.00 | 0.00 |
| Checking # 9200-******94-66 | 0.00 | 4,000.45 | 0.00 |
| | $4,000.45 | $4,000.45 | $0.00 |

{} Asset reference(s)

Printed: 06/10/2010 09:48 AM    V.12.08